UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Mordechai Thaler*

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MORDECHAI THALER,

    Debtor.

Case No.: 17-28744

Chapter 13

Judge: Christine M. Gravelle

**ORDER PURSUANT TO 11 USC 362(c)(4)(B) THAT STAY TAKE EFFECT**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Case 17-28744-CMG    Doc 17    Filed 10/20/17    Entered 10/20/17 09:45:05    Desc Main
Document      Page 2 of 2

**Page** 2 of 2
Debtor: Mordechai Thaler
Case No.: 17-28744
Caption of Order:   Order That Stay Take Effect

---

**THIS MATTER** being opened to the Court by Broege, Neumann, Fischer & Shaver, LLC, attorneys for Debtor, Mordechai Thaler, ("Debtor") on Motion Seeking Entry of an Order That Stay Take Effect, and the Court having considered the papers submitted in support of this application and the papers submitted in opposition to this application, if any, and for good cause appearing;  IT IS

**ORDERED** that pursuant to section 362(c)(4)(B) of the Bankruptcy Code, the stay of section 362(a) of the Bankruptcy Code is now in effect.