UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Mordechai Thaler*

Order Filed on October 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MORDECHAI THALER,

    Debtor.

Case No.: 17-28744

Chapter 13

Judge: Christine M. Gravelle

**ORDER PURSUANT TO 11 USC 362(c)(4)(B) THAT STAY TAKE EFFECT**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: October 20, 2017**

*/s/ Christine M. Gravelle*
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2 of 2
Debtor: Mordechai Thaler
Case No.:  17-28744
Caption of Order:   Order That Stay Take Effect

---

**THIS MATTER** being opened to the Court by Broege, Neumann, Fischer & Shaver, LLC, attorneys for Debtor, Mordechai Thaler, ("Debtor") on Motion Seeking Entry of an Order That Stay Take Effect, and the Court having considered the papers submitted in support of this application and the papers submitted in opposition to this application, if any, and for good cause appearing;  IT IS

**ORDERED** that pursuant to section 362(c)(4)(B) of the Bankruptcy Code, the stay of section 362(a) of the Bankruptcy Code is now in effect.

United States Bankruptcy Court
District of New Jersey

In re:  
Mordechai Thaler  
    Debtor

Case No. 17-28744-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                    Page 1 of 1                  Date Rcvd: Oct 20, 2017
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2017.
db         Mordechai Thaler,    342 Dewey Ave,    Lakewood, NJ  08701-3570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.       TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2017 at the address(es) listed below:
            Albert    Russo     docs@russotrustee.com
            Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for
             Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4
             rsolarz@kmllawgroup.com
            Timothy P. Neumann    on behalf of Debtor Mordechai  Thaler timothy.neumann25@gmail.com,
             btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
            U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
            William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for
             Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
             Certificates, Series 2005-8 ecf@powerskirn.com
                                                                                  TOTAL: 5