Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.: 17−28744−CMG
          Chapter: 13
          Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mordechai Thaler
   342 Dewey Ave
   Lakewood, NJ 08701−3570

Social Security No.:
   xxx−xx−7914

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/26/17.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: October 27, 2017
JAN: bwj

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 17-28744-CMG
Mordechai Thaler                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 27, 2017
                              Form ID: 148             Total Noticed: 11
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 29, 2017.
db              Mordechai Thaler,    342 Dewey Ave,    Lakewood, NJ  08701-3570
517068198       Chase Mortgage,    Customer Service,    PO Box 24696,    Columbus, OH 43224-0696
517085351      +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517135005      +MTGLQ Investors, LP,    Wellington Ctr,    14643 Dallas Pky, Ste 750,    Dallas TX 75254-8884
517068200     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage,    Customer Service,    350 Highland Dr,
                 Lewisville, TX 75067-4177)
517068201       Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                 West Palm Beach, FL 33416-4738
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 27 2017 23:27:03     U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 27 2017 23:27:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ  07102-5235
517068199       E-mail/Text: camanagement@mtb.com Oct 27 2017 23:26:50     M&T Bank,   PO Box 64679,
                 Baltimore, MD 21264-4679
517134683       EDI: WFFC.COM Oct 27 2017 23:13:00     U.S. Bank National Association, as Trustee...,
                 c/o Wells Fargo Bank, N.A.,    Attn: Default Document Processing,   MAC# N9286-01Y,
                 1000 Blue Gentian Road,    Eagan, MN 55121-7700
517068202       EDI: WFFC.COM Oct 27 2017 23:13:00     Wells Fargo Home Mortgage,   Customer Service,
                 PO Box 10335,    Des Moines, IA 50306-0335
                                                                                              TOTAL: 5

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 27, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4
               rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Mordechai  Thaler timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
               Certificates, Series 2005-8 ecf@powerskirn.com
                                                                                              TOTAL: 5
```