UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Mordechai Thaler

| | |
|---|---|
| Case Number: | 17-28744-CMG |
| Hearing Date: | 11/20/17 |
| Judge: | GRAVELLE |
| Chapter: | 13 |

Recommended Local Form:   ☐ Followed   ☐ Modified

**ORDER REINSTATING CASE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

This matter having been presented to the Court by _____Timothy P. Neumann_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

ORDERED that:

The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*