UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on November 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Mordechai Thaler

| | |
|---|---|
| Case Number: | 17-28744-CMG |
| Hearing Date: | 11/20/17 |
| Judge: | GRAVELLE |
| Chapter: | 13 |

Recommended Local Form:  ☐ Followed  ☐ Modified

## ORDER REINSTATING CASE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 20, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

    This matter having been presented to the Court by _____Timothy P. Neumann_____ and the Court having reviewed the motion and any opposition filed, and for good cause shown it is

    ORDERED that:

    The case is reinstated effective the date of this order. The debtor shall provide notice of the reinstatement to all creditors and interested parties within 7 days of the date of this order.

*new.7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Mordechai Thaler  
     Debtor

Case No. 17-28744-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Nov 20, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2017.  
db         Mordechai Thaler,    342 Dewey Ave,    Lakewood, NJ  08701-3570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2017 at the address(es) listed below:  
          Albert   Russo    docs@russotrustee.com  
          Rebecca Ann Solarz    on behalf of Creditor   HSBC Bank USA, National Association, as Trustee for Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4 rsolarz@kmllawgroup.com  
          Timothy P. Neumann    on behalf of Debtor Mordechai  Thaler timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
          William M.E. Powers, III    on behalf of Creditor   U.S. Bank National Association, as Trustee for Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through Certificates, Series 2005-8 ecf@powerskirn.com  
                                                                                                            TOTAL: 5