Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−28744−CMG
        Chapter: 13
        Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mordechai Thaler
   342 Dewey Ave
   Lakewood, NJ 08701−3570

Social Security No.:
   xxx−xx−7914

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        1/3/18
Time:        10:00 AM
Location:        Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 22, 2017
JAN: pbf

                Jeanne Naughton
                Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28744-CMG
Mordechai Thaler                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 1           Date Rcvd: Nov 22, 2017
                            Form ID: 132           Total Noticed: 15

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
db             Mordechai Thaler,    342 Dewey Ave,    Lakewood, NJ 08701-3570
517068198      Chase Mortgage,    Customer Service,    PO Box 24696,    Columbus, OH 43224-0696
517085351     +HSBC Bank USA, N.A. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517135005     +MTGLQ Investors, LP,    Wellington Ctr,    14643 Dallas Pky, Ste 750,   Dallas TX 75254-8884
517068200    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,    Customer Service,   350 Highland Dr,
                Lewisville, TX 75067-4177)
517068201      Ocwen Loan Servicing, LLC,    Attn: Customer Care,    PO Box 24738,
                West Palm Beach, FL 33416-4738
517183731      Specialized Loanv Svc.,    PO Box 636007,    Littleton, CO 80163-6007
517183733      Stern Lavinthal & Frankenberg LLC,    105 Eisenhower Pkwy,    Roseland, NJ 07068-1640
517134683      U.S. Bank National Association, as Trustee...,    c/o Wells Fargo Bank, N.A.,
                Attn: Default Document Processing,    MAC# N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
517068202      Wells Fargo Home Mortgage,    Customer Service,    PO Box 10335,    Des Moines, IA 50306-0335
517183732      Wells Fargo Home Mtg.,    POB 10335,    Des Moines, IA 50306-0335
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 22:41:43     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 22:41:40     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517068199      E-mail/Text: camanagement@mtb.com Nov 22 2017 22:41:31     M&T Bank,   PO Box 64679,
                Baltimore, MD 21264-4679
517183730      E-mail/Text: bkteam@selenefinance.com Nov 22 2017 22:41:10     Selene Finance,
                Attn: Cutomer Servic,    PO Box 422039,    Houston, TX 77242-4239
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4
               rsolarz@kmllawgroup.com
              Timothy P. Neumann    on behalf of Debtor Mordechai  Thaler timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
               Certificates, Series 2005-8 ecf@powerskirn.com
                                                                                             TOTAL: 5
```