|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Stephen M. Hladik, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for Partners for Payment Relief DE II, LLC<br>c/o FCI Lender Services, Inc. |
| In Re:<br><br>Mordechai Thaler |

Case No: 17-28744-CMG

Hearing Date: 01/03/2018

Chapter: 13

Judge: Christine M. Gravelle

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Movant, Partners for Payment Relief DE II, LLC c/o FCI Lender Services, Inc. ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Mordechai Thaler ("Debtor"), as follows:

1. As of the bankruptcy filing date of September 14, 2017, Movant holds a secured claim against the Debtor's property, located at: 65 Center Street, Freehold, NJ 07728.

2. Movant is in the process of filing a Proof of Claim by the 01/17/2018 bar date, with estimated pre-petition arrears in the amount of $27,702.41.

3. The Plan currently does not provide for payment to Movant for pre-peition arrears.

4. The Plan currently calls for the property to be sold, but does not provide a proposed date for the sale nor does it provide for any of the proceeds to be paid to Movant.

5. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

6. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

7. Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 12/20/2017

/s/ Stephen M. Hladik, Esquire
Stephen M. Hladik, Esquire
Attorney I.D. # 047471992
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone: 215-855-9521
Email: shladik@hoflawgroup.com
Attorney for Movant

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HLADIK, ONORATO & FEDERMAN, LLP<br>Stephen M. Hladik, Esquire<br>Attorney for Movant<br>298 Wissahickon Avenue<br>North Wales, PA 19454<br>(215) 855-9521<br>Attorneys for Partners for Payment Relief DE II, LLC<br>c/o FCI Lender Services, Inc. | |
| In Re:<br><br>Mordechai Thaler | Case No: 17-28744-CMG<br><br>Hearing Date: 01/03/2018<br><br>Chapter: 13<br><br>Judge: Christine M. Gravelle |

## CERTIFICATION OF SERVICE

1. I, Patrick Franz:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Hladik, Onorato & Federman, LLP, who represents PARTNERS FOR PAYMENT RELIEF DE II, LLC C/O FCI LENDER SERVICES, INC. in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On December 20, 2017 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Objection to Confirmation of the Plan

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  December 20, 2017            /s/ *Patrick Franz*
                                                        Patrick Franz

3

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Mordechai Thaler<br>342 Dewey Ave<br>Lakewood, NJ 08701-3570 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Timothy P. Neumann<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.