Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−28744−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Mordechai Thaler
   342 Dewey Ave
   Lakewood, NJ 08701−3570

Social Security No.:
   xxx−xx−7914

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/4/18.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 4, 2018
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Mordechai Thaler
    Debtor

Case No. 17-28744-CMG
Chapter 13

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 | Date Rcvd: Jan 04, 2018 |
| | Form ID: 148 | Total Noticed: 21 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2018.
```
db             Mordechai Thaler,   342 Dewey Ave,   Lakewood, NJ 08701-3570
cr            +HSBC BANK USA, NATIONAL ASSOCIATION,   Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Ave.,   Suite 100,   Boca Raton, Fl 33487,   UNITED STATES 33487-2853
cr            +HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FO,   Robertson, Anschutz & Schneid, P. L.,
                6409 Congress Avenue, suite 100,   Boca Raton, FL 33487-2853
cr            +MTGLQ Investors, LP,   Knuckles, Komosinski & Manfro, LLP,   565 Taxter Road Suite 590,
                Elmsford, NY 10523-2300
517068198      Chase Mortgage,   Customer Service,   PO Box 24696,   Columbus, OH 43224-0696
517085351     +HSBC Bank USA, N.A. Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
517258638     +HSBC Bank USA, National Association as Trustee for,   1661 Worthington Road, Suite 100,,
                West Palm Beach, FL 33409-6493
517135005     +MTGLQ Investors, LP,   Wellington Ctr,   14643 Dallas Pky, Ste 750,   Dallas TX 75254-8884
517068200    ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage,   Customer Service,   350 Highland Dr,
                Lewisville, TX 75067-4177)
517068201      Ocwen Loan Servicing, LLC,   Attn: Customer Care,   PO Box 24738,
                West Palm Beach, FL 33416-4738
517244389     +Partners for Payment Relief DE II, LLC,   920 Cassatt Rd., Ste. 210,   Berwyn, PA 19312-1178
517183731      Specialized Loanv Svc.,   PO Box 636007,   Littleton, CO 80163-6007
517183733      Stern Lavinthal & Frankenberg LLC,   105 Eisenhower Pkwy,   Roseland, NJ 07068-1640
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jan 04 2018 21:59:20     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 04 2018 21:59:19     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517195028      E-mail/Text: camanagement@mtb.com Jan 04 2018 21:59:14     HSBC Bank USA, National Association,
                c/o M&T Bank,   P.O. Box 1288,   Buffalo, NY 14240-1288
517068199      E-mail/Text: camanagement@mtb.com Jan 04 2018 21:59:14     M&T Bank,   PO Box 64679,
                Baltimore, MD 21264-4679
517183730      E-mail/Text: bkteam@selenefinance.com Jan 04 2018 21:58:59     Selene Finance,
                Attn: Cutomer Servic,   PO Box 422039,   Houston, TX 77242-4239
517134683      EDI: WFFC.COM Jan 04 2018 21:33:00      U.S. Bank National Association, as Trustee...,
                c/o Wells Fargo Bank, N.A.,   Attn: Default Document Processing,   MAC# N9286-01Y,
                1000 Blue Gentian Road,   Eagan, MN 55121-7700
517068202      EDI: WFFC.COM Jan 04 2018 21:33:00      Wells Fargo Home Mortgage,   Customer Service,
                PO Box 10335,   Des Moines, IA 50306-0335
517183732      EDI: WFFC.COM Jan 04 2018 21:33:00      Wells Fargo Home Mtg.,   POB 10335,
                Des Moines, IA  50306-0335
                                                                                              TOTAL: 8
```

       ***** BYPASSED RECIPIENTS *****
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-3          User: admin               Page 2 of 2                  Date Rcvd: Jan 04, 2018
                              Form ID: 148              Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:

          Albert   Russo    docs@russotrustee.com
          Chandra Marie Arkema    on behalf of Creditor   U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
           Certificates, Series 2005-8 carkema@logs.com
          Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2005-4
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Justin  Plean    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Karen B. Olson    on behalf of Creditor    MTGLQ Investors, LP kbo@kkmllp.com,  nmm@kkmllp.com
          Kevin M. Buttery    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
           DEUTSCHE ALT-A SECURITIES, INC. bkyefile@rasflaw.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4
           rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
           Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2005-4
           rsolarz@kmllawgroup.com
          Stephen M. Hladik    on behalf of Creditor    Partners for Payment Relief DE II, LLC c/o FCI Lender
           Services, Inc. shladik@hoplawyers.com, gcaldiero@hoplawyers.com
          Timothy P. Neumann    on behalf of Debtor Mordechai   Thaler timothy.neumann25@gmail.com,
           btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
           Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
           Certificates, Series 2005-8 ecf@powerskirn.com
                                                                                                   TOTAL: 12