| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Albert Russo<br>CN 4853<br>Trenton, NJ  08650<br>(609) 587-6888<br>Standing Chapter 13 Trustee | Order Filed on January 4, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Mordechai Thaler | Case No.: 17-28744 / CMG<br><br>Chapter: 13<br><br>Hearing Date: January 3, 2018<br><br>Judge:  Christine M. Gravelle |

### CHAPTER 13 STANDING TRUSTEE PRE-CONFIRMATION ORDER OF DISMISSAL

The relief set forth on the following page is **ORDERED**.

**DATED: January 4, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The Court having determined that dismissal of this case is appropriate, it is hereby

ORDERED that the debtor's case is dismissed for:

- failure to attend the Section 341(a) meeting
- failure to make all required pre-confirmation payments to the Trustee
- lack of prosecution
- failure to attend Confirmation Hearing

and it is further

ORDERED that:

Pursuant to 11 U.S.C. § 349(b), this court for cause retains jurisdiction over any application filed within 14 days of the date of this order by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

Any funds held by the Chapter 13 Standing Trustee from payments made on account of the debtor's plan shall be disbursed to the debtor, less any applicable trustee fees and commissions, except any adequate protection payments due under the proposed plan, or by Court order.

Any *Order to Employer to Pay the Chapter 13 Trustee* that has been entered in this case is vacated, and the employer is ordered to cease wage withholding immediately.

All outstanding fees due to the Court are due and owing and must be paid within 7 days of the date of this order.

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:                                                              Case No. 17-28744-CMG
Mordechai Thaler                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 04, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
db              Mordechai Thaler,    342 Dewey Ave,    Lakewood, NJ  08701-3570

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Chandra Marie Arkema     on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
               Certificates, Series 2005-8 carkema@logs.com
              Denise E. Carlon    on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2005-4
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Justin   Plean    on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Karen B. Olson     on behalf of Creditor    MTGLQ Investors, LP kbo@kkmllp.com,   nmm@kkmllp.com
              Kevin M. Buttery     on behalf of Creditor    HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR
               DEUTSCHE ALT-A SECURITIES, INC. bkyefile@rasflaw.com
              Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt - A Securities Inc. Mortgage Pass - Through Certificates Series 2005-4
               rsolarz@kmllawgroup.com
              Rebecca Ann Solarz     on behalf of Creditor    HSBC Bank USA, National Association, as Trustee for
               Deutsche Alt-A Securities, Inc., Mortgage Pass-Through Certificates Series 2005-4
               rsolarz@kmllawgroup.com
              Stephen M. Hladik    on behalf of Creditor    Partners for Payment Relief DE II, LLC c/o FCI Lender
               Services, Inc. shladik@hoplawyers.com,   gcaldiero@hoplawyers.com
              Timothy P. Neumann     on behalf of Debtor Mordechai Thaler timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Credit Suisse First Boston Mortgage Securities Corp., CSFB Mortgage-Backed Pass-Through
               Certificates, Series 2005-8 ecf@powerskirn.com
                                                                                                 TOTAL: 12